# United States District Court
## Violation Notice

MJ-24-04407-001-PCT-CDB

| Location Code | Violation Number | Officer Name (Print) | Officer No. |
|---|---|---|---|
| A107 | E24Q1D3B | R EVANS | 1597 |

### YOU ARE CHARGED WITH THE FOLLOWING VIOLATION

| Date and Time of Offense (mm/dd/yyyy) | Offense Charged ☑CFR ☐USC ☐State Code |
|---|---|
| 11/21/2024 15:46 | 36 CFR 4.22(B)(1) |

**Place of Offense**
GRAND VIEW

**Offense Description: Factual Basis for Charge**         HAZMAT ☐

OPERATIING WITHOUT DUE CARE

### DEFENDANT INFORMATION

Phone: [redacted]

| Last Name | First Name | M.I. |
|---|---|---|
| PURLEY | KAITLIN | L |

Street Address: [redacted]

| City | State | Zip Code | Date of Birth |
|---|---|---|---|
| TUBA CITY | AZ | 86045-0000 | [redacted]/1994 |

| Drivers License No. | CDL | D.L. State | Social Security No. |
|---|---|---|---|
| [redacted] | ☐ | AZ | refused |

Adult ☑   Juvenile ☐   Sex: Male ☐ Female ☑
Hair BRO   Eyes BRO   Height 070   Weight 260

### VEHICLE    VIN:                                    CMV ☐

| Tag No. | State | Year | Make/Model | Pass | Color |
|---|---|---|---|---|---|
| [redacted] | AZ | 2021 | FORD/ECO SPORT |  | GRY |

| APPEARANCE IS REQUIRED | APPEARANCE IS OPTIONAL |
|---|---|
| A ☑ If Box A is checked, you must appear in court. See instructions. | B ☐ If Box B is checked, you must pay the total collateral due or in lieu of payment appear in court. See instructions. |

$ _____ Forfeiture Amount
+ $30 Processing Fee

**PAY THIS AMOUNT AT**
www.cvb.uscourts.gov →

$ _____ Total Collateral Due

### YOUR COURT DATE
(If no court appearance date is shown, you will be notified of your appearance date by mail.)

| Court Address | Date (mm/dd/yyyy) |
|---|---|
|  | Time (hh:mm) |

My signature signifies that I have received a copy of this violation notice. It is not an admission of guilt. I promise to appear for the hearing at the time and place instructed or pay the total collateral due.

X Defendant Signature _____

Original - CVB Copy

**UNITED STATES DISTRICT COURT VIOLATION NOTICE**

Location Code <u>A107</u>
Citation Number – E24Q1D3B
NPS Case Number – NP24010337
Ranger Last Name - Evans

☒ AUDIO OR VIDEO PRESENT (Check Box if Yes)

**STATEMENT OF PROBABLE CAUSE**
(For issuance of an arrest warrant or summons)

I state that on 1/13/2024 while exercising my duties as a law enforcement officer in the District of Arizona -

At approximately 13:57 hrs., Officer K. Kasper and I were dispatched to a possible motor vehicle accident on Highway 64, mile 251. Dispatch advised me they received an automated 911 crash call from the driver's phone, attempted to call the number, and were unsuccessful.

At approximately 14:36 hrs., Officer K. Kasper and I responded to the area and observed a heavily damaged Ford Eco Sport on Grand View Road, near mile 251. I observed the vehicle's tracks leading off the roadway and across the northbound shoulder for approximately 17 yards to a tree that the vehicle had impacted head-on. The tree was damaged, the vehicle's airbags deployed, and the vehicle was left in reverse. No one associated with the vehicle was present on scene.

At approximately 14:38 hrs., dispatch advised me they received a call from the Desert View Entrance Station that a visitor, Paul Ryan, gave a young woman involved in a motor vehicle accident at Grand View a ride to Dessert View. I called the phone number associated with the accident. A woman, later identified as Kaitlin PURLEY, answered the phone crying,

The foregoing statement is based upon:
☒ My personal observation     ☒ My personal investigation
☒ Information supplied to me by my fellow officer's observation
☐ Other (explain)

I declare under penalty of perjury that the information which I have set forth above and on the face of this violation notice is true and correct to the best of my knowledge.

Executed on: __11/21/2024__     _Robert Evans_
            Date (mm/dd/yyyy)        Officer's Signature

Probable cause has been stated for the issuance of a warrant.

Executed on: __Camille D. Bibles__  Digitally signed by Camille D. Bibles
                                     Date: 2024.11.22 11:50:26 -07'00'
            Date (mm/dd/yyyy)        U.S. Magistrate Judge

Location Code <u>A107</u>
Citation Number – E24Q1D3B
NPS Case Number – NP24010337
Ranger Last Name - Evans

☒ **AUDIO OR VIDEO PRESENT** (Check Box if Yes)

**STATEMENT OF PROBABLE CAUSE**
(For issuance of an arrest warrant or summons)

I state that on 1/13/2024 while exercising my duties as a law enforcement officer in the District of Arizona -

failed to identify herself, stated she was in a car to Las Vegas, and hung up on me.

At approximately 15:14 hrs. Officer K. Kasper and I arrived at the Dessert View parking lot and observed a woman matching PURLEY's description sitting on a picnic bench.

PURLEY admitted she drank alcohol earlier today, crashed her vehicle, and did not report the crash. I observed PURLEY with red, droopy, bloodshot, and watery eyes. PURLEY appeared disoriented, talked with a slurred speech, was uncoordinated, had an unsteady walk, had a variety of emotional effects, and was disheveled. I smelt the odor of alcohol on her breath, and PURLEY stated she was a 4 on a 0-10 scale of impairment. I performed SFST's on PURLEY and observed 4/6 for Horizontal Gaze Nystagmus, Vertical Gaze Nystagmus was present, 8/8 for Walk and Turn, and 3/4 for One Leg Stand.

PURLEY consented to a Preliminary Breath Test at approximately 15:42 hrs. which confirmed the presence of alcohol with a reading of .0148 BrAC. PURLEY consented to an evidentiary breath test on the Intoxilizer 9000 with a reading of 0.174 BrAC at 17:04 and 0.166 BrAC at 17:11.

The foregoing statement is based upon:
☒ My personal observation    ☒ My personal investigation
☒ Information supplied to me by my fellow officer's observation
☐ Other (explain)

I declare under penalty of perjury that the information which I have set forth above and on the face of this violation notice is true and correct to the best of my knowledge.

Executed on: 11/21/2024         *Robert Evans*
             Date (mm/dd/yyyy)    Officer's Signature

Probable cause has been stated for the issuance of a warrant.

Executed on: **Camille D. Bibles** Digitally signed by Camille D. Bibles
             Date: 2024.11.22 11:50:43 -07'00'
             Date (mm/dd/yyyy)    U.S. Magistrate Judge

# United States District Court
## Violation Notice

| Location Code | Violation Number | Officer Name (Print) | Officer No. |
|---|---|---|---|
| A107 | E24B7X7K | R EVANS | 1597 |

### YOU ARE CHARGED WITH THE FOLLOWING VIOLATION

| Date and Time of Offense (mm/dd/yyyy) | Offense Charged ☑CFR ☐USC ☐State Code |
|---|---|
| 11/21/2024 15:46 | 36 CFR 2.1(A)(1)(II) |

**Place of Offense**
GRAND VIEW

**Offense Description: Factual Basis for Charge**   HAZMAT ☐

POSSESSION OF PLANTS

---

### DEFENDANT INFORMATION    Phone:

| Last Name | First Name | M.I. |
|---|---|---|
| PURLEY | KAITLIN | L |

**Street Address:** [redacted]

| City | State | Zip Code | Date of Birth |
|---|---|---|---|
| TUBA CITY | AZ | 86045-0000 | [redacted] 994 |

| Drivers License No. | CDL | D.L. State | Social Security No. |
|---|---|---|---|
| [redacted] | | AZ | refused |

Adult ☑  Juvenile ☐   Sex: Male ☐ Female ☑

| Hair | Eyes | Height | Weight |
|---|---|---|---|
| BRO | BRO | 070 | 260 |

### VEHICLE   VIN:                                           CMV ☐

| Tag No. | State | Year | Make/Model | Pass | Color |
|---|---|---|---|---|---|
| [redacted] | AZ | 2021 | FORD/ECO SPORT | | GRY |

**APPEARANCE IS REQUIRED** | **APPEARANCE IS OPTIONAL**

A ☑ If Box A is checked, you must appear in court. See instructions.

B ☐ If Box B is checked, you must pay the total collateral due or in lieu of payment appear in court. See instructions.

$ _____ Forfeiture Amount
+ $30 Processing Fee

**PAY THIS AMOUNT AT** www.cvb.uscourts.gov →

$ _____ Total Collateral Due

### YOUR COURT DATE
(If no court appearance date is shown, you will be notified of your appearance date by mail.)

| Court Address | Date (mm/dd/yyyy) |
|---|---|
| | Time (hh:mm) |

My signature signifies that I have received a copy of this violation notice. It is not an admission of guilt. I promise to appear for the hearing at the time and place instructed or pay the total collateral due.

X Defendant Signature _____

Original - CVB Copy

**UNITED STATES DISTRICT COURT VIOLATION NOTICE**

Location Code <u>A107</u>
Citation Number – E24B7X7K
NPS Case Number – NP24010337
Ranger Last Name - Evans

☒ AUDIO OR VIDEO PRESENT (Check Box if Yes)

**STATEMENT OF PROBABLE CAUSE**
(For issuance of an arrest warrant or summons)

I state that on 1/13/2024 while exercising my duties as a law enforcement officer in the District of Arizona -

At approximately 13:57 hrs., Officer K. Kasper and I were dispatched to a possible motor vehicle accident on Highway 64, mile 251. Dispatch advised me they received an automated 911 crash call from the driver's phone, attempted to call the number, and were unsuccessful.

At approximately 14:36 hrs., Officer K. Kasper and I responded to the area and observed a heavily damaged Ford Eco Sport on Grand View Road, near mile 251. I observed the vehicle's tracks leading off the roadway and across the northbound shoulder for approximately 17 yards to a tree that the vehicle had impacted head-on. The tree was damaged, the vehicle's airbags deployed, and the vehicle was left in reverse. No one associated with the vehicle was present on scene.

At approximately 14:38 hrs., dispatch advised me they received a call from the Desert View Entrance Station that a visitor, Paul Ryan, gave a young woman involved in a motor vehicle accident at Grand View a ride to Dessert View. I called the phone number associated with the accident. A woman, later identified as Kaitlin PURLEY, answered the phone crying,

The foregoing statement is based upon:
☒ My personal observation     ☒ My personal investigation
☒ Information supplied to me by my fellow officer's observation
☐ Other (explain)

I declare under penalty of perjury that the information which I have set forth above and on the face of this violation notice is true and correct to the best of my knowledge.

Executed on: __11/21/2024__   _Robert Evans_
Date (mm/dd/yyyy)               Officer's Signature

Probable cause has been stated for the issuance of a warrant.

Executed on: __Camille D. Bibles__  Digitally signed by Camille D. Bibles
Date: 2024.11.22 11:51:43 -07'00'
Date (mm/dd/yyyy)        U.S. Magistrate Judge

Location Code <u>A107</u>
Citation Number – E24B7X7K
NPS Case Number – NP24010337
Ranger Last Name - Evans

☒ **AUDIO OR VIDEO PRESENT** (Check Box if Yes)

**STATEMENT OF PROBABLE CAUSE**
(For issuance of an arrest warrant or summons)

I state that on 1/13/2024 while exercising my duties as a law enforcement officer in the District of Arizona -

failed to identify herself, stated she was in a car to Las Vegas, and hung up on me.

At approximately 15:14 hrs. Officer K. Kasper and I arrived at the Dessert View parking lot and observed a woman matching PURLEY's description sitting on a picnic bench.

PURLEY admitted she drank alcohol earlier today, crashed her vehicle, and did not report the crash. I observed PURLEY with red, droopy, bloodshot, and watery eyes. PURLEY appeared disoriented, talked with a slurred speech, was uncoordinated, had an unsteady walk, had a variety of emotional effects, and was disheveled. I smelt the odor of alcohol on her breath, and PURLEY stated she was a 4 on a 0-10 scale of impairment. I performed SFST's on PURLEY and observed 4/6 for Horizontal Gaze Nystagmus, Vertical Gaze Nystagmus was present, 8/8 for Walk and Turn, and 3/4 for One Leg Stand.

PURLEY consented to a Preliminary Breath Test at approximately 15:42 hrs. which confirmed the presence of alcohol with a reading of .0148 BrAC. PURLEY consented to an evidentiary breath test on the Intoxilizer 9000 with a reading of 0.174 BrAC at 17:04 and 0.166 BrAC at 17:11.

The foregoing statement is based upon:
☒ My personal observation    ☒ My personal investigation
☒ Information supplied to me by my fellow officer's observation
☐ Other (explain)

I declare under penalty of perjury that the information which I have set forth above and on the face of this violation notice is true and correct to the best of my knowledge.

Executed on: **11/21/2024**         *Robert Evans*
Date (mm/dd/yyyy)                    Officer's Signature

Probable cause has been stated for the issuance of a warrant.

Executed on: **Camille D. Bibles** Digitally signed by Camille D. Bibles
Date: 2024.11.22 11:52:00 -07'00'
Date (mm/dd/yyyy)                    U.S. Magistrate Judge

# United States District Court
## Violation Notice

| Location Code | Violation Number | Officer Name (Print) | Officer No. |
|---|---|---|---|
| A107 | E24P2W7R | R EVANS | 1597 |

### YOU ARE CHARGED WITH THE FOLLOWING VIOLATION

| Date and Time of Offense (mm/dd/yyyy) | Offense Charged ☑CFR ☐USC ☐State Code |
|---|---|
| 11/21/2024 15:46 | 36 CFR 4.23(A)(1) |

Place of Offense
**GRAND VIEW**

Offense Description: Factual Basis for Charge — HAZMAT ☐

**OUI INCAPABLE SAFE OPERATION**

---

### DEFENDANT INFORMATION
Phone:

| Last Name | First Name | M.I. |
|---|---|---|
| PURLEY | KAITLIN | L |

Street Address: [redacted]

| City | State | Zip Code | Date of Birth |
|---|---|---|---|
| TUBA CITY | AZ | 86045-0000 | /1994 |

| Drivers License No. | CDL ☐ | D.L. State | Social Security No. |
|---|---|---|---|
| [redacted] | | AZ | refused |

Adult ☑  Juvenile ☐   Sex: Male ☐ Female ☑

| Hair | Eyes | Height | Weight |
|---|---|---|---|
| BRO | BRO | 070 | 260 |

### VEHICLE
VIN:   CMV ☐

| Tag No. | State | Year | Make/Model | Pass | Color |
|---|---|---|---|---|---|
| [redacted] | AZ | 2021 | FORD/ECO SPORT | | GRY |

**APPEARANCE IS REQUIRED**

A ☑ If Box A is checked, you must appear in court. See instructions.

**APPEARANCE IS OPTIONAL**

B ☐ If Box B is checked, you must pay the total collateral due or in lieu of payment appear in court. See instructions.

$ _____ Forfeiture Amount
+ $30 Processing Fee

$ _____ Total Collateral Due

PAY THIS AMOUNT AT
www.cvb.uscourts.gov →

### YOUR COURT DATE
(If no court appearance date is shown, you will be notified of your appearance date by mail.)

| Court Address | Date (mm/dd/yyyy) |
|---|---|
| | Time (hh:mm) |

My signature signifies that I have received a copy of this violation notice. It is not an admission of guilt. I promise to appear for the hearing at the time and place instructed or pay the total collateral due.

X Defendant Signature _____

Original - CVB Copy

**UNITED STATES DISTRICT COURT VIOLATION NOTICE**

Location Code **A107**
Citation Number – E24P2W7R
NPS Case Number – NP24010337
Ranger Last Name - Evans

☒ AUDIO OR VIDEO PRESENT (Check Box if Yes)

**STATEMENT OF PROBABLE CAUSE**
(For issuance of an arrest warrant or summons)

I state that on 1/13/2024 while exercising my duties as a law enforcement officer in the District of Arizona -

At approximately 13:57 hrs., Officer K. Kasper and I were dispatched to a possible motor vehicle accident on Highway 64, mile 251. Dispatch advised me they received an automated 911 crash call from the driver's phone, attempted to call the number, and were unsuccessful.

At approximately 14:36 hrs., Officer K. Kasper and I responded to the area and observed a heavily damaged Ford Eco Sport on Grand View Road, near mile 251. I observed the vehicle's tracks leading off the roadway and across the northbound shoulder for approximately 17 yards to a tree that the vehicle had impacted head-on. The tree was damaged, the vehicle's airbags deployed, and the vehicle was left in reverse. No one associated with the vehicle was present on scene.

At approximately 14:38 hrs., dispatch advised me they received a call from the Desert View Entrance Station that a visitor, Paul Ryan, gave a young woman involved in a motor vehicle accident at Grand View a ride to Dessert View. I called the phone number associated with the accident. A woman, later identified as Kaitlin PURLEY, answered the phone crying,

The foregoing statement is based upon:
☒ My personal observation     ☒ My personal investigation
☒ Information supplied to me by my fellow officer's observation
☐ Other (explain)

I declare under penalty of perjury that the information which I have set forth above and on the face of this violation notice is true and correct to the best of my knowledge.

Executed on: **11/21/2024**     *Robert Evans*
Date (mm/dd/yyyy)     Officer's Signature

Probable cause has been stated for the issuance of a warrant.

Executed on: **Camille D. Bibles**  Digitally signed by Camille D. Bibles
Date: 2024.11.22 11:52:21 -07'00'
Date (mm/dd/yyyy)     U.S. Magistrate Judge

Location Code <u>A107</u>
Citation Number – E24P2W7R
NPS Case Number – NP24010337
Ranger Last Name - Evans

☒ AUDIO OR VIDEO PRESENT (Check Box if Yes)

**STATEMENT OF PROBABLE CAUSE**
(For issuance of an arrest warrant or summons)

I state that on 1/13/2024 while exercising my duties as a law enforcement officer in the District of Arizona -

failed to identify herself, stated she was in a car to Las Vegas, and hung up on me.

At approximately 15:14 hrs. Officer K. Kasper and I arrived at the Dessert View parking lot and observed a woman matching PURLEY's description sitting on a picnic bench.

PURLEY admitted she drank alcohol earlier today, crashed her vehicle, and did not report the crash. I observed PURLEY with red, droopy, bloodshot, and watery eyes. PURLEY appeared disoriented, talked with a slurred speech, was uncoordinated, had an unsteady walk, had a variety of emotional effects, and was disheveled. I smelt the odor of alcohol on her breath, and PURLEY stated she was a 4 on a 0-10 scale of impairment. I performed SFST's on PURLEY and observed 4/6 for Horizontal Gaze Nystagmus, Vertical Gaze Nystagmus was present, 8/8 for Walk and Turn, and 3/4 for One Leg Stand.

PURLEY consented to a Preliminary Breath Test at approximately 15:42 hrs. which confirmed the presence of alcohol with a reading of .0148 BrAC. PURLEY consented to an evidentiary breath test on the Intoxilizer 9000 with a reading of 0.174 BrAC at 17:04 and 0.166 BrAC at 17:11.

The foregoing statement is based upon:
☒ My personal observation     ☒ My personal investigation
☒ Information supplied to me by my fellow officer's observation
☐ Other (explain)

I declare under penalty of perjury that the information which I have set forth above and on the face of this violation notice is true and correct to the best of my knowledge.

Executed on: __11/21/2024__     _Robert Evans_
Date (mm/dd/yyyy)                Officer's Signature

Probable cause has been stated for the issuance of a warrant.

Executed on: __Camille D. Bibles__  Digitally signed by Camille D. Bibles
Date: 2024.11.22 11:52:40 -07'00'
Date (mm/dd/yyyy)                U.S. Magistrate Judge

# United States District Court
## Violation Notice

| Location Code | Violation Number | Officer Name (Print) | Officer No. |
|---|---|---|---|
| A107 | E24B2J5G | R EVANS | 1597 |

### YOU ARE CHARGED WITH THE FOLLOWING VIOLATION

| Date and Time of Offense (mm/dd/yyyy) | Offense Charged ☑ CFR ☐ USC ☐ State Code |
|---|---|
| 11/21/2024 15:46 | 36 CFR 4.23(A)(2) |

**Place of Offense**
GRAND VIEW

**Offense Description: Factual Basis for Charge**   HAZMAT ☐

OUI BAC OVER .08

---

### DEFENDANT INFORMATION   Phone:

| Last Name | First Name | M.I. |
|---|---|---|
| PURLEY | KAITLIN | L |

**Street Address** [redacted]

| City | State | Zip Code | Date of Birth |
|---|---|---|---|
| TUBA CITY | AZ | 86045-0000 | /1994 |

| Drivers License No. | CDL ☐ | D.L. State | Social Security No. |
|---|---|---|---|
| [redacted] | | AZ | refused |

Adult ☑   Juvenile ☐   Sex: Male ☐ Female ☑

| Hair | Eyes | Height | Weight |
|---|---|---|---|
| BRO | BRO | 070 | 260 |

### VEHICLE   VIN:   CMV ☐

| Tag No. | State | Year | Make/Model | Pass ☐ | Color |
|---|---|---|---|---|---|
| [redacted] | AZ | 2021 | FORD/ECO SPORT | | GRY |

**APPEARANCE IS REQUIRED** | **APPEARANCE IS OPTIONAL**

A ☑ If Box A is checked, you must appear in court. See instructions.

B ☐ If Box B is checked, you must pay the total collateral due or in lieu of payment appear in court. See instructions.

$ _____ Forfeiture Amount
+ $30 Processing Fee
$ _____ Total Collateral Due

**PAY THIS AMOUNT AT**
www.cvb.uscourts.gov →

### YOUR COURT DATE
(If no court appearance date is shown, you will be notified of your appearance date by mail.)

| Court Address | Date (mm/dd/yyyy) |
|---|---|
| | Time (hh:mm) |

My signature signifies that I have received a copy of this violation notice. It is not an admission of guilt. I promise to appear for the hearing at the time and place instructed or pay the total collateral due.

X Defendant Signature _____

Original - CVB Copy

UNITED STATES DISTRICT COURT VIOLATION NOTICE

Location Code <u>A107</u>
Citation Number – E24B2J5G
NPS Case Number – NP24010337
Ranger Last Name - Evans

☒ **AUDIO OR VIDEO PRESENT** (Check Box if Yes)

**STATEMENT OF PROBABLE CAUSE**
(For issuance of an arrest warrant or summons)

I state that on 1/13/2024 while exercising my duties as a law enforcement officer in the District of Arizona -

At approximately 13:57 hrs., Officer K. Kasper and I were dispatched to a possible motor vehicle accident on Highway 64, mile 251. Dispatch advised me they received an automated 911 crash call from the driver's phone, attempted to call the number, and were unsuccessful.

At approximately 14:36 hrs., Officer K. Kasper and I responded to the area and observed a heavily damaged Ford Eco Sport on Grand View Road, near mile 251. I observed the vehicle's tracks leading off the roadway and across the northbound shoulder for approximately 17 yards to a tree that the vehicle had impacted head-on. The tree was damaged, the vehicle's airbags deployed, and the vehicle was left in reverse. No one associated with the vehicle was present on scene.

At approximately 14:38 hrs., dispatch advised me they received a call from the Desert View Entrance Station that a visitor, Paul Ryan, gave a young woman involved in a motor vehicle accident at Grand View a ride to Dessert View. I called the phone number associated with the accident. A woman, later identified as Kaitlin PURLEY, answered the phone crying,

The foregoing statement is based upon:
☒ My personal observation         ☒ My personal investigation
☒ Information supplied to me by my fellow officer's observation
☐ Other (explain)

I declare under penalty of perjury that the information which I have set forth above and on the face of this violation notice is true and correct to the best of my knowledge.

Executed on: __11/21/2024__         _Robert Evans_
Date (mm/dd/yyyy)                    Officer's Signature

Probable cause has been stated for the issuance of a warrant.

Executed on: __Camille D. Bibles__  Digitally signed by Camille D. Bibles
                                     Date: 2024.11.22 11:52:57 -07'00'
Date (mm/dd/yyyy)                    U.S. Magistrate Judge

Location Code <u>A107</u>
Citation Number – E24B2J5G
NPS Case Number – NP24010337
Ranger Last Name - Evans

☒ AUDIO OR VIDEO PRESENT (Check Box if Yes)

**STATEMENT OF PROBABLE CAUSE**
(For issuance of an arrest warrant or summons)

I state that on 1/13/2024 while exercising my duties as a law enforcement officer in the District of Arizona -

failed to identify herself, stated she was in a car to Las Vegas, and hung up on me.

At approximately 15:14 hrs. Officer K. Kasper and I arrived at the Dessert View parking lot and observed a woman matching PURLEY's description sitting on a picnic bench.

PURLEY admitted she drank alcohol earlier today, crashed her vehicle, and did not report the crash. I observed PURLEY with red, droopy, bloodshot, and watery eyes. PURLEY appeared disoriented, talked with a slurred speech, was uncoordinated, had an unsteady walk, had a variety of emotional effects, and was disheveled. I smelt the odor of alcohol on her breath, and PURLEY stated she was a 4 on a 0-10 scale of impairment. I performed SFST's on PURLEY and observed 4/6 for Horizontal Gaze Nystagmus, Vertical Gaze Nystagmus was present, 8/8 for Walk and Turn, and 3/4 for One Leg Stand.

PURLEY consented to a Preliminary Breath Test at approximately 15:42 hrs. which confirmed the presence of alcohol with a reading of .0148 BrAC. PURLEY consented to an evidentiary breath test on the Intoxilizer 9000 with a reading of 0.174 BrAC at 17:04 and 0.166 BrAC at 17:11.

The foregoing statement is based upon:
☒ My personal observation     ☒ My personal investigation
☒ Information supplied to me by my fellow officer's observation
☐ Other (explain)

I declare under penalty of perjury that the information which I have set forth above and on the face of this violation notice is true and correct to the best of my knowledge.

Executed on: __11/21/2024__     _Robert Evans_
             Date (mm/dd/yyyy)      Officer's Signature

Probable cause has been stated for the issuance of a warrant.

Executed on: __Camille D. Bibles__  Digitally signed by Camille D. Bibles
                                    Date: 2024.11.22 11:53:14 -07'00'
             Date (mm/dd/yyyy)      U.S. Magistrate Judge

# United States District Court
## Violation Notice

| Location Code | Violation Number | Officer Name (Print) | Officer No. |
|---|---|---|---|
| A107 | E24L2P7G | R EVANS | 1597 |

### YOU ARE CHARGED WITH THE FOLLOWING VIOLATION

| Date and Time of Offense (mm/dd/yyyy) | Offense Charged ✔ CFR ☐ USC ☐ State Code |
|---|---|
| 11/21/2024 15:46 | 36 CFR 4.4(A) |

Place of Offense
**GRAND VIEW**

Offense Description: Factual Basis for Charge      HAZMAT ☐

**FAIL TO REPORT VEHICLE CRASH**

### DEFENDANT INFORMATION
Phone: [redacted]

| Last Name | First Name | M.I. |
|---|---|---|
| PURLEY | KAITLIN | L |

Street Address: [redacted]

| City | State | Zip Code | Date of Birth |
|---|---|---|---|
| TUBA CITY | AZ | 86045-0000 | [redacted]/1994 |

| Drivers License No. | CDL | D.L. State | Social Security No. |
|---|---|---|---|
| [redacted] |  | AZ | refused |

Adult ✔  Juvenile ☐   Sex: Male ☐  Female ✔

| Hair | Eyes | Height | Weight |
|---|---|---|---|
| BRO | BRO | 070 | 260 |

### VEHICLE
VIN: _____    CMV ☐

| Tag No. | State | Year | Make/Model | Pass | Color |
|---|---|---|---|---|---|
| [redacted] | AZ | 2021 | FORD /ECO SPORT | | GRY |

**APPEARANCE IS REQUIRED**

A ✔  If Box A is checked, you must appear in court. See instructions.

**APPEARANCE IS OPTIONAL**

B ☐  If Box B is checked, you must pay the total collateral due or in lieu of payment appear in court. See instructions.

$ _____ . ___ Forfeiture Amount
+ $30  Processing Fee

PAY THIS AMOUNT AT
www.cvb.uscourts.gov →

$ _____  Total Collateral Due

### YOUR COURT DATE
(If no court appearance date is shown, you will be notified of your appearance date by mail.)

Court Address: _____
Date (mm/dd/yyyy): _____
Time (hh:mm): _____

My signature signifies that I have received a copy of this violation notice. It is not an admission of guilt. I promise to appear for the hearing at the time and place instructed or pay the total collateral due.

X Defendant Signature  _____

Original - CVB Copy

**UNITED STATES DISTRICT COURT VIOLATION NOTICE**

Location Code **A107**
Citation Number – **E24L2P7G**
NPS Case Number – **NP24010337**
Ranger Last Name - Evans

☒ AUDIO OR VIDEO PRESENT (Check Box if Yes)

**STATEMENT OF PROBABLE CAUSE**
(For issuance of an arrest warrant or summons)

I state that on 1/13/2024 while exercising my duties as a law enforcement officer in the District of Arizona -

At approximately 13:57 hrs., Officer K. Kasper and I were dispatched to a possible motor vehicle accident on Highway 64, mile 251. Dispatch advised me they received an automated 911 crash call from the driver's phone, attempted to call the number, and were unsuccessful.

At approximately 14:36 hrs., Officer K. Kasper and I responded to the area and observed a heavily damaged Ford Eco Sport on Grand View Road, near mile 251. I observed the vehicle's tracks leading off the roadway and across the northbound shoulder for approximately 17 yards to a tree that the vehicle had impacted head-on. The tree was damaged, the vehicle's airbags deployed, and the vehicle was left in reverse. No one associated with the vehicle was present on scene.

At approximately 14:38 hrs., dispatch advised me they received a call from the Desert View Entrance Station that a visitor, Paul Ryan, gave a young woman involved in a motor vehicle accident at Grand View a ride to Dessert View. I called the phone number associated with the accident. A woman, later identified as Kaitlin PURLEY, answered the phone crying,

The foregoing statement is based upon:
☒ My personal observation ☒ My personal investigation
☒ Information supplied to me by my fellow officer's observation
☐ Other (explain)

I declare under penalty of perjury that the information which I have set forth above and on the face of this violation notice is true and correct to the best of my knowledge.

Executed on: **11/21/2024**   *Robert Evans*
Date (mm/dd/yyyy)   Officer's Signature

Probable cause has been stated for the issuance of a warrant.

Executed on: **Camille D. Bibles** Digitally signed by Camille D. Bibles Date: 2024.11.22 11:53:34 -07'00'
Date (mm/dd/yyyy)   U.S. Magistrate Judge

Location Code <u>A107</u>
Citation Number – E24L2P7G
NPS Case Number – NP24010337
Ranger Last Name - Evans

☒ AUDIO OR VIDEO PRESENT (Check Box if Yes)

## STATEMENT OF PROBABLE CAUSE
(For issuance of an arrest warrant or summons)

I state that on 1/13/2024 while exercising my duties as a law enforcement officer in the District of Arizona -

failed to identify herself, stated she was in a car to Las Vegas, and hung up on me.

At approximately 15:14 hrs. Officer K. Kasper and I arrived at the Dessert View parking lot and observed a woman matching PURLEY's description sitting on a picnic bench.

PURLEY admitted she drank alcohol earlier today, crashed her vehicle, and did not report the crash. I observed PURLEY with red, droopy, bloodshot, and watery eyes. PURLEY appeared disoriented, talked with a slurred speech, was uncoordinated, had an unsteady walk, had a variety of emotional effects, and was disheveled. I smelt the odor of alcohol on her breath, and PURLEY stated she was a 4 on a 0-10 scale of impairment. I performed SFST's on PURLEY and observed 4/6 for Horizontal Gaze Nystagmus, Vertical Gaze Nystagmus was present, 8/8 for Walk and Turn, and 3/4 for One Leg Stand.

PURLEY consented to a Preliminary Breath Test at approximately 15:42 hrs. which confirmed the presence of alcohol with a reading of .0148 BrAC. PURLEY consented to an evidentiary breath test on the Intoxilizer 9000 with a reading of 0.174 BrAC at 17:04 and 0.166 BrAC at 17:11.

The foregoing statement is based upon:
☒ My personal observation     ☒ My personal investigation
☒ Information supplied to me by my fellow officer's observation
☐ Other (explain)

I declare under penalty of perjury that the information which I have set forth above and on the face of this violation notice is true and correct to the best of my knowledge.

Executed on: 11/21/2024                    *Robert Evans*
Date (mm/dd/yyyy)                           Officer's Signature

Probable cause has been stated for the issuance of a warrant.

Executed on: Camille D. Bibles  Digitally signed by Camille D. Bibles Date: 2024.11.22 11:53:52 -07'00'
Date (mm/dd/yyyy)               U.S. Magistrate Judge

# United States District Court
## Violation Notice
(Rev. 1/2020)

NP24281037

| Location Code | Violation Number | Officer Name (Print) | Officer No. |
|---|---|---|---|
| A107 | E 1568709 | M. Goetz | 1294 |

### YOU ARE CHARGED WITH THE FOLLOWING VIOLATION

- **Date and Time of Offense (mm/dd/yyyy):** 09/10/24  1555 hours
- **Offense Charged:** ☒ CFR  ☐ USC  ☐ State Code — 36 CFR 5.3
- **Place of Offense:** Grand View Point, Grand Canyon NP
- **Offense Description: Factual Basis for Charge:** Conduct business without a permit
- HAZMAT ☐

### DEFENDANT INFORMATION
- **Phone:** (redacted)
- **Last Name:** Purley
- **First Name:** Kaitlin
- **M.I.:** L
- **Street Address:** (redacted)
- **City:** Tubacity
- **State:** AZ
- **Zip Code:** 86045
- **Date of Birth (mm/dd/yyyy):** ██/██/1994
- **Drivers License No.:** (redacted)
- **CDL** ☐
- **D.L. State:** AZ
- **Social Security No.:** ████9085
- ☒ Adult  ☐ Juvenile
- **Sex:** ☐ Male  ☒ Female
- **Hair:** BLK
- **Eyes:** BRO
- **Height:** —
- **Weight:** —

### VEHICLE   VIN: ——   CMV ☐
| Tag No. | State | Year | Make/Model | PASS ☐ | Color |
|---|---|---|---|---|---|

### APPEARANCE IS REQUIRED
A ☒ If Box A is checked, you must appear in court. See instructions.

### APPEARANCE IS OPTIONAL
B ☐ If Box B is checked, you must pay the total collateral due or in lieu of payment appear in court. See instructions.

$ _____ Forfeiture Amount
+ $30 Processing Fee
$ _____ Total Collateral Due

**PAY THIS AMOUNT AT www.cvb.uscourts.gov →**

### YOUR COURT DATE
(If no court appearance date is shown, you will be notified of your appearance date by mail.)

| Court Address | Date |
|---|---|
|  | Time |

My signature signifies that I have received a copy of this violation notice. It is not an admission of guilt. I promise to appear for the hearing at the time and place instructed or in lieu of appearance pay the total collateral due.

X Defendant Signature _____

Original - CVB Copy


*E1568709*

STATEMENT OF PROBABLE CAUSE
(For issuance of an arrest warrant or summons)

I state that on _____, 20_____ while exercising my duties as a law enforcement officer in the _____ District of _____

See Attached

The foregoing statement is based upon:

    my personal observation      my personal investigation

    information supplied to me from my fellow officer's observation·

    other (explain above)

I declare under penalty of perjury that the information which I have set forth above and on the face of this violation notice is true and correct to the best of my knowledge.

Executed on:   09/6/24     _[signature]_
              Date (mm/dd/yyyy)     Officer's Signature

Probable cause has been stated for the issuance of a warrant.

Executed on: _____
              Date (mm/dd/yyyy)     U.S. Magistrate Judge

**HAZMAT** = Hazardous material involved in incident; **PASS** = 9 or more passenger vehicle;
**CDL** = Commercial drivers license; **CMV** = Commercial vehicle involved in incident

United States District Court
Violation Notice
STATEMENT OF PROBABLE CAUSE
(For issuance of an arrest warrant or summons)

Name: PURLEY, Kaitlin   CVB Location Code: A107   Citation Number: E1568709
Case Number: NP24281037

I state that on 09/10/2024 while exercising my duties as a law enforcement officer in the _____ District of Arizona

While on foot patrol of Grand View Point I saw a female at the trailhead with multiple tarps of jewerly laying on the ground around her. I also observed that the jewelry had price tags sitting atop each piece. It is illegal to conduct business within Grand Canyon National Park without a permit.

I contacted the female and positively identified her by her name and date of birth as Kaitlin PURLEY. PURLEY admitted to having been dropped at that trail to sell the jewelry. Additionally, PURLEY admitted that she did not have a permit to conduct business within the park. When I performed a wants/warrants check on PURLEY through the park's dispatch, they notified me that she had recently been banned from the park for 2 years for having illegally conducted business within the park. The ban had since expired.

Based off the above information, I issued PURLEY a mandatory appearance citation for violating 36 CFR 5.3 Conducting business within the park without a permit.

The foregoing statement is based upon:

☑ my personal observations     ☑ my personal investigation
☐ information supplied to me from my fellow officer's observation
☐ other (explain above)

I declare under penalty of perjury that the information which I have set forth above and on the face of this violation notice is true and correct to the best of my knowledge.

Executed on: 09/10/2024
Date (mm/dd/yyyy)     Officer's Signature

Probable cause has been stated for the issuance of a warrant.

Executed on: 11/13/2024
Date (mm/dd/yyyy)     U.S. Magistrate Judge